Michael G. Freedman (State Bar No. 281279)
THE FREEDMAN FIRM PC
1801 Century Park East, Suite 450
Los Angeles, California 90067
Telephone: (310) 285-2210
Facsimile: (310) 425-8845
Email: michael@thefreedmanfirm.com

Attorney for Ippei Mizuhara

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 8:24-CR-54-JWH |
| Plaintiff, | NOTICE OF RELATED CASES |
| v. | |
| IPPEI MIZUHARA, | |
| Defendant. | |

NOTICE OF RELATED CASES

1  Defendant Ippei Mizuhara, by and through his counsel of record, Michael
2  G. Freedman, hereby notifies the Court that the above-entitled criminal case may
3  be related to the following cases that were previously assigned to the Honorable
4  Dolly M. Gee:

6  *United States v. Kenneth Arsenian*, 21-CR-571-DMG
7  *United States v. Joseph Castelao*, 22-CR-32-DMG
8  *United States v. Howard Miller*, 22-CR-79-DMG
9  *United States v. Wayne Nix*, 22-CR-80-DMG
10 *United States v. Yasiel Puig Valdes*, 22-CR-394-DMG
11 *United States v. Scott Sibella*, 23-CR-656-DMG

13 The above-entitled cases may be related because they arise out of the same
14 investigation of "illegal sports bookmaking organizations operating in Southern
15 California" as detailed in the complaint filed in this matter on April 11, 2024.
16 (Dkt. 1 at ¶¶ 11-12).

Dated: May 8, 2024          Respectfully submitted,

                /s/ Michael G. Freedman
                MICHAEL G. FREEDMAN

                Attorney for Ippei Mizuhara

NOTICE OF RELATED CASES