UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CRIMINAL MINUTES—GENERAL

| Case No. | SA CR 24-54-DMG | Date | May 10, 2024 |
|---|---|---|---|
| Present: The Honorable | DOLLY M. GEE, CHIEF UNITED STATES DISTRICT JUDGE | Page | 1 of 1 |

| Kelly Davis | Not Reported | Not Present |
|---|---|---|
| *Deputy Clerk* | *Court Reporter* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendant(s): | Present | Appt. | Ret. |
|---|---|---|---|---|---|---|---|
| Ippei Mizuhara | Not | | ✓ | Michael Freedman | Not | | ✓ |

**Proceedings: (IN CHAMBERS) ORDER TRANSFERRING CASE TO THE HONORABLE JOHN W. HOLCOMB**

On May 8, 2024, an Order re Transfer issued accepting transfer of this case as a related criminal case [Doc. # 23]. This reassignment occurred due to a clerical error. Upon review of the parties' written submissions [Doc. ## 20, 22], the Court finds that this case does not meet either criterion set forth in Local Criminal Rule 7-4 and is not sufficiently related to the cases Defendant cites[1] that reassignment to this Court is appropriate.

The May 8, 2024 transfer order is rescinded and the Clerk shall transfer this case back to Hon. John W. Holcomb, United States District Judge, for all further proceedings.

**IT IS SO ORDERED.**

---

[1] *See* Doc. # 22 at 3 (citing *United States v. Kenneth Arsenian*, CR 21-571-DMG; *United States v. Joseph Castelao*, CR 22-32-DMG; *United States v. Howard Miller*, CR 22-79-DMG; *United States v. Wayne Nix*, CR 22-80-DMG; *United States v. Yasiel Puig Valdes*, CR 22-394-DMG; *United States v. Scott Sibella*, CR 23-656-DMG).