UNITED STATES DISTRICT COURT CENTRAL DISTRICT OF CALIFORNIA
## CRIMINAL MINUTES – ARRAIGNMENT

Case No. 8:24-cr-00054-JWH                                         Date: 05/14/2024

Present: The Honorable: Jean P. Rosenbluth, U.S. Magistrate Judge

Interpreter N/A                                                    Language N/A

| Bea Martinez | CS 05/14/2024 | Jeff Mitchell / Rachel Agress |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Assistant U.S. Attorney |

U.S.A. v. Defendant(s)    ✔ Present   Released on Bond

Attorneys for Defendants:   ✔ Present   Retained

Ippei Mizuhara                                                      Michael Gregory Freedman

Proceedings: Arraignment of Defendant and/or     ✔ Assignment of Case     Appointment of Counsel
                                                   Initial Appearance

* Court does not question defendant as to true name.
* Defendant is arraigned under name on charging document.
* Defendant is given copy of charging document.
* Defendant acknowledges having read the charging document and discussed it with counsel.
* Court advises that the defendant has a constitutional right to be charged with a felony by an indictment from a grand jury, but that right can be waived and if so, the case would proceed on an information filed by the United States Attorney.
* Court asks if the defendant has discussed waiving the right to indictment by a grand jury with his attorney, and if so whether the defendant has formally waived that right.
* Defendant signs waiver of indictment in court.
* Waiver of Indictment is submitted, accepted by the Court, and filed.
* Defendant pleads "not guilty" to all counts of the charging document.
* This case is assigned to Judge John W. Holcomb.
* It is ordered that the following date(s) and time(s) are set: Jury Trial: 07/1/2024 9:00 AM;
Status Conference: 06/14/2024 1:00 PM; Motion Hearing: 6/14/2024 1:00 PM
* Counsel are ordered to contact the courtroom deputy clerk Clarissa Lara at (714) 338-4736 regarding the setting of dates for the guilty plea and all further proceedings.
Judge Holcomb is located in 9D, Santa Ana - Ronald Reagan Federal Building and United States Courthouse, 411 West 4th Street, CA 92701-4516.

cc:  PSALA        PSAED        PSASA              Initial Appearance/Appointment of Counsel: 00 : 00
     USMLA        USMED        USMSA                                          Arrangement: 00 : 05
     Statistics Clerk           Interpreter                        Initials of Deputy Clerk: BM by TRB
     CJA Supervising Attorney   Fiscal