AO 436
(Rev. 04/13)

*Read Instructions.*

ADMINISTRATIVE OFFICE OF THE UNITED STATES COURTS
**AUDIO RECORDING ORDER**

| 1. NAME Shingo Wada | 2. PHONE NUMBER 3107179303 | 3. EMAIL ADDRESS wada@fci-la.com |
|---|---|---|
| 4. MAILING ADDRESS 6701 Center Drive West, Suite 840 | 5. CITY Los Angeles | 6. STATE CA / 7. ZIP CODE 90045 |
| 8. CASE NUMBER 8:24-cr-00054-JWH-1 | 9. CASE NAME USA v. Ippei Mizuhara | DATES OF PROCEEDINGS 10. FROM 5/14/2024   11. TO 5/14/2024 |
| 12. PRESIDING JUDGE Jean P. Rosenbluth | | LOCATION OF PROCEEDINGS 13. CITY Los Angeles   14. STATE CA |

**15. ORDER FOR**

- [ ] APPEAL
- [x] NON-APPEAL
- [x] CRIMINAL
- [ ] CIVIL
- [ ] CRIMINAL JUSTICE ACT
- [ ] IN FORMA PAUPERIS
- [ ] BANKRUPTCY
- [ ] OTHER *(Specify)*

**16. AUDIO RECORDING REQUESTED** *(Specify portion(s) and date(s) of proceeding(s) for which duplicate recordings are requested.)*

| PORTION(S) | DATE(S) | PORTION(S) | DATE(S) |
|---|---|---|---|
| ☐ VOIR DIRE | | ☐ TESTIMONY *(Specify Witness)* | |
| ☐ OPENING STATEMENT (Plaintiff) | | | |
| ☐ OPENING STATEMENT (Defendant) | | | |
| ☐ CLOSING ARGUMENT (Plaintiff) | | ☐ PRE-TRIAL PROCEEDING *(Specify)* | |
| ☐ CLOSING ARGUMENT (Defendant) | | | |
| ☐ OPINION OF COURT | | | |
| ☐ JURY INSTRUCTIONS | | ☒ OTHER *(Specify)* All that pertain to proceeding | 5/14/2024 |
| ☐ SENTENCING | | | |
| ☐ BAIL HEARING | | | |

**17. ORDER**

| | NO. OF COPIES REQUESTED | COSTS |
|---|---|---|
| ☐ DUPLICATE TAPE(S) FOR PLAYBACK ON A STANDARD CASSETTE RECORDER | | |
| ☐ RECORDABLE COMPACT DISC - CD | | |
| ☒ ELECTRONIC FILE *(via email, digital download, or other Judicial Conference Approved Media)* | 1 | |
| | ESTIMATE TOTAL | 0.00 |

CERTIFICATION (18. & 19.)  By signing below, I certify that I will pay all charges (deposit plus additional) upon completion of the order.

| 18. SIGNATURE SHINGO WADA | 19. DATE 5/16/2024 |
|---|---|

| PROCESSED BY Shingo Wada | PHONE NUMBER 310-717-9303 |
|---|---|

| | DATE | BY | | |
|---|---|---|---|---|
| ORDER RECEIVED | | | DEPOSIT PAID | |
| DEPOSIT PAID | | | TOTAL CHARGES | 0.00 |
| TAPE / CD DUPLICATED *(if applicable)* | | | LESS DEPOSIT | 0.00 |
| ORDERING PARTY NOTIFIED TO PICK UP TAPE/CD *(if applicable)* | | | TOTAL REFUNDED | |
| PARTY RECEIVED AUDIO RECORDING | | | TOTAL DUE | 0.00 |

**DISTRIBUTION:**   COURT COPY   ORDER RECEIPT   ORDER COPY