1  Michael G. Freedman (State Bar No. 281279)
   THE FREEDMAN FIRM PC
2  1801 Century Park East, Suite 450
   Los Angeles, California 90067
3  Telephone: (310) 285-2210
   Facsimile: (310) 425-8845
4  Email: Michael@thefreedmanfirm.com

5  Attorney for Defendant Ippei Mizuhara

7           UNITED STATES DISTRICT COURT

8           CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No.: 24-CR-54-JWH |
|---|---|
| Plaintiff, | |
| v. | **STIPULATION TO CONTINUE DATE FOR SENTENCING** |
| IPPEI MIZUHARA, | |
| Defendant. | Current Date: October 25, 2024 |
| | Proposed Date: December 20, 2024 |
| | [Proposed Order Filed Concurrently] |

　　　Defendant Ippei Mizuhara, by and through his counsel of record, Michael G. Freedman, and Plaintiff the United States of America, by and through its counsel of record, Assistant United States Attorney Jeff P. Mitchell, hereby stipulate as follows:

　　　1.　On June 4, 2024, Defendant Ippei Mizuhara ("Mr. Mizuhara") pled guilty to Counts 1 and 2 of a 2-count Information. The Court scheduled Mr. Mizuhara's sentencing hearing for October 25, 2024 at 1:00 p.m.

　　　2.　By this stipulation, the parties respectfully request that Mr. Mizuhara's

sentencing hearing, currently set for October 25, 2024, be continued to December 20, 2024.  This continuance is at the request of Mr. Mizuhara and his counsel, who require further time to prepare their sentencing position and supporting documentation. Specifically, the Presentence Report was disclosed to the parties on September 18, 2024, and Mr. Mizuhara and his counsel require additional time beyond the current briefing deadline of October 11, 2024 to review the Presentence Report and prepare Mr. Mizuhara's sentencing position accordingly.  In particular, Mr. Mizuhara is seeking a forensic psychiatrist to evaluate him with respect to gambling and to prepare a report for the Court's review prior to sentencing.  This process cannot be completed by the current briefing deadline of October 11, 2024.

       3.      Therefore, by this stipulation, the parties respectfully request that Mr. Santilli's Sentencing Hearing be continued from October 25, 2024 to December 20, 2024.

       IT IS SO STIPULATED.

DATED:     September 22, 2024                    Respectfully submitted,

                                                  By:    /s/_____
                                                        Michael G. Freedman
                                                        Attorney for Defendant
                                                        IPPEI MIZUHARA


                                                 ____/s/*_____
                                                     Jeff P. Mitchell
                                                     Assistant United States Attorney

                                                   Attorneys for Plaintiff
                                                   UNITED STATES OF
                                                   AMERICA

\*Pursuant to L.R.5-4.3,4, I attest that that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

By:  \_\_/s/_____
     Michael G. Freedman