UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | **Case No.: 24-CR-54-JWH** |
|---|---|
| Plaintiff, | |
| v. | **ORDER** |
| IPPEI MIZUHARA, | |
| Defendant. | |

Pursuant to the stipulation and request of the parties and good cause having been shown, it is hereby **ORDERED** that Defendant Ippei Mizuhara's Sentencing Hearing is **CONTINUED** from October 25, 2024, at 1:00 p.m. to December 20, 2024, at 2:00 p.m.

**IT IS SO ORDERED.**

Dated: September 23, 2024

HON. JOHN W. HOLCOMB
UNITED STATES DISTRCT JUDGE