Michael G. Freedman (State Bar No. 281279)
THE FREEDMAN FIRM PC
1801 Century Park East, Suite 450
Los Angeles, California 90067
Telephone: (310) 285-2210
Facsimile: (310) 425-8845
Email: michael@thefreedmanfirm.com

Attorney for Defendant Ippei Mizuhara

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No.: 24-CR-54-JWH |
|---|---|
| Plaintiff, | |
| v. | **EX PARTE APPLICATION TO CONTINUE SENTENCING DATE FROM DECEMBER 20, 2024, TO JANUARY 17, 2025** |
| IPPEI MIZUHARA, | |
| Defendant. | Current Date: December 20, 2024 |
| | Proposed Date: January 17, 2025 |
| | [Proposed Order Filed Concurrently] |

Defendant Ippei Mizuhara, by and through his counsel of record, Michael G. Freedman, hereby files this *ex parte* application for an Order continuing the sentencing hearing from December 20, 2024, at 1:00 p.m., to January 17, 2025, at 1:00 p.m. This application is based on the attached Declaration of Michael G. Freedman. As detailed in that Declaration, the basis for this application is to allow sufficient time for Mr. Mizuhara's forensic psychologist to complete his evaluation of Mr. Mizuhara and to prepare his report for the Court. The government takes no position as to this request.

| | |
|---|---|
| 1 | DATED:    November 27, 2024 |
| 2 | |

           DATED:    November 27, 2024        Respectfully submitted,

                                            By:    /s/ Michael G. Freedman
                                                        Michael G. Freedman
                                                        Attorney for Defendant
                                                        IPPEI MIZUHARA