## DECLARATION OF MICHAEL G. FREEDMAN

I, Michael G. Freedman, do declare and state:

1.    I am counsel for Defendant Ippei Mizuhara in this matter. I am licensed to practice in the State of California, and I am admitted to practice before this Court.

2.    On June 4, 2024, Mr. Mizuhara pleaded guilty to Counts 1 and 2 of a two-count Information. (Dkt. No. 39).

3.    On September 22, 2024, the parties, by stipulation, requested that Mr. Mizuhara's sentencing hearing, set for October 25, 2024, be continued to December 20, 2024. (Dkt. No. 53).  The basis for that stipulation was that Mr. Mizuhara and his counsel required further time to prepare their sentencing position and supporting documentation. Specifically, the Presentence Report was disclosed to the parties on September 18, 2024, and Mr. Mizuhara and his counsel required additional time beyond the briefing deadline of October 11, 2024, to review the Presentence Report and prepare Mr. Mizuhara's sentencing position. Additionally, Mr. Mizuhara was seeking a forensic psychiatrist to evaluate him with respect to gambling and to prepare a report for the Court's review before sentencing. This process could not have been completed before the briefing deadline of October 11, 2024. The Court granted the request and continued Mr. Mizuhara's sentencing hearing to December 20, 2024, at 1:00 p.m. (Dkt. No. 54).

4.    Mr. Mizuhara has now been in the process of being evaluated by a forensic psychologist over the past two months and the psychologist has been endeavoring to complete the evaluation process and prepare his report by the current briefing deadline of December 6, 2024.  The process has unfortunately been delayed recently due to Mr. Mizuhara being ill and thus being unable to attend his final appointment, which had been scheduled for November 24, 2024.  Given the forensic psychologist's busy schedule and the Thanksgiving holiday, the final evaluation appointment cannot be rescheduled for at least a week.

DECLARATION OF MICHAEL G. FREEDMAN

5.      The forensic psychologist needs to complete the evaluation process before he can begin preparing his report, and expects that it will take several more weeks to prepare and complete the report.  He expects to be able to complete the report by the end of December 2024, but cannot complete it before then.

6.      Once the report is prepared, I will need sufficient time to review it with Mr. Mizuhara and to incorporate it into his sentencing submission.  I believe Mr. Mizuhara would be prejudiced by not being able to submit the forensic psychologist's report to the Court before sentencing and by not being able to review it and incorporate it into his sentencing submission to the Court.

7.      As Mr. Mizuhara's sentencing hearing is currently scheduled for December 20, 2024, with his position due on December 6, 2024, I respectfully request a one-month continuance so that the forensic psychologist has time to complete his report and Mr. Mizuhara has the opportunity to review it, submit it to the Court, and incorporate it into his sentencing submission.

8.      I have conferred with Assistant United States Attorney Jeff P. Mitchell regarding this *ex parte* request to continue the sentencing hearing to January 17, 2025. AUSA Mitchell has confirmed to me that the government takes no position on this request.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that this declaration is executed at Los Angeles, California on November 27, 2024.

/s/ Michael G. Freedman
Michael G. Freedman
Attorney for Defendant Ippei Mizuhara

DECLARATION OF MICHAEL G. FREEDMAN