```
                                                    FILED
BERK BRETTLER, LLP
Blair Berk, Esq., State Bar No. 159087          2024 NOV 26  AM 11: 13
9119 Sunset Boulevard                          CLERK U.S. DISTRICT COURT
Los Angeles, California 90069                   CENTRAL DIST. OF CALIF.
Telephone: (310) 278-2111                              SANTA ANA
                                               BY____EC_____

Attorneys for Petitioner
Shohei Ohtani
```

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　Plaintiff,<br>　　v.<br>IPPEI MIZUHARA,<br>　　Defendant.<br>_____<br>SHOHEI OHTANI<br>　　Petitioner. | Case No. 8:24-cr-00054-JWH<br><br>**PETITION FOR ANCILLARY HEARING AND REQUEST FOR RELIEF PURSUANT TO 21 USC § 853(N)(2)** |

**TO ALL INTERESTED PARTIES AND THEIR ATTORNEYS OF RECORD:**

Petitioner Shohei Ohtani ("Petitioner") hereby submits his third party petition pursuant to Fed. R. Crim. P. 32.2 and 21 U.S.C. § 853(n) in this criminal forfeiture action, requesting a hearing and a determination of the lack of forfeitability of his ownership interest and/or constructive trust in the property described as follows:

　　i.　Collectible sports cards found in silver and black Panopply case;

　　ii.　Collectible sports cards found in gray Panopply case;

　　iii.　Box containing collectible sports cards;

　　iv.　Card wrap device; and

        v.    Plastic card protectors/holders

(collectively, the "Forfeitable Property").

On September 19, 2024, this Court entered a Preliminary Order of Forfeiture with respect to the Forfeitable Property seized from Defendant Ippei Mizuhara. By letter dated November 1, 2024, the government notified Petitioner of the Preliminary Order of Forfeiture. Petitioner has a right, title, and/or interest in the Forfeitable Property because it is: (1) property purchased by Defendant using funds stolen from Petitioner by Defendant; or (2) property belonging to Petitioner which at the time of its seizure was in the unauthorized and wrongful possession of Defendant.

Beginning no later than November 2021 and continuing through to March 2024, Defendant engaged in a scheme or plan designed to fraudulently obtain money from Petitioner's bank account. Defendant obtained unauthorized access to Petitioner's bank account, fraudulently modified Petitioner's security protocols, and thereafter impersonated Petitioner to deceive the bank into authorizing wire transfers from Petitioner's account for Defendant's own personal benefit.

Between January and March 2024, Defendant purchased approximately $325,000 worth of baseball cards at online resellers eBay and Whatnot, with payments drawn on Petitioner's bank account. These purchases are included in the Forfeitable Property, and these purchases were made using Petitioner's own funds, fraudulently obtained by Defendant from Petitioner's bank account. As such, Petitioner has a right, title, and/or interest to these purchases, constituting the Forfeitable Property, as items paid for with Petitioner's funds.

In addition, the Forfeitable Property also includes a quantity of personally signed collectible baseball cards which depict and are the property of Petitioner, and which at the time of their seizure were in the unauthorized and wrongful possession of Defendant. As such, Petitioner has a right, title, and/or interest to these items.

1  Petitioner has a right, title, and/or interest in the Forfeitable Property and
2  such right, title, and/or interest renders the Preliminary Order of Forfeiture invalid
3  in whole or in part because the right, title, and/or interest of Petitioner was vested in
4  Petitioner at the time of the commission of the acts which gave rise to the forfeiture
5  of the property. 21 U.S.C. § 854(n)(6)(a).

6  **WHEREFORE,** Petitioner respectfully requests an Ancillary Hearing
7  pursuant to 21 USC § 853(n)(2) and asks this Court to make an adjudication
8  granting Petitioner return of the Forfeitable Property.

9  Petitioner declares under penalty of perjury under the laws of the United
10  States that the foregoing is true and correct.

Dated: November 26, 2024

_____
Shohei Ohtani
Petitioner

Attorney Blair Berk is duly authorized to make this Petition for Ancillary Hearing and Request for Relief pursuant to 21 USC § 853(n)(2).

Dated: November 26, 2024

_____
Blair Berk
Attorney for Petitioner

3
PETITION FOR ANCILLARY HEARING AND REQUEST FOR RELIEF PURSUANT TO 21 USC § 853(N)(2)

## PROOF OF SERVICE

STATE OF CALIFORNIA      )
                         )
COUNTY OF LOS ANGELES    )

I am employed in the County of Los Angeles, State of California; I am over the age of eighteen years and not a party to the within action; my business address is: 9119 Sunset Boulevard, Los Angeles, California 90069. I am employed in the office of a member of the Bar of the United States District Court, Central District of California, at whose direction the service was made.

On November 26, 2024, I caused a true copy of the attached PETITION FOR ANCILLARY HEARING AND REQUEST FOR RELIEF PURSUANT TO 21 USC § 853(N)(2) to be served upon the interested parties, following ordinary business practice, by depositing it in the United States Mail (First Class – Overnight Delivery) in a sealed envelope with the postage thereon fully prepaid to the following:

> U.S. Attorney's Office
> 312 N. Spring Street, 11th Floor
> Los Angeles, CA 90012
> Attn: AUSA JONATHAN GALATZAN

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on November 26, 2024, in Los Angeles, California.

_____
Thomas Jones