Name & Address:
Thomas Jones
Berk Brettler LLP
9119 W Sunset Blvd
West Hollywood
CA 90069

FILED
2024 NOV 26 AM 10:13
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
SANTA ANA
BY ___EC___

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| United States of America | CASE NUMBER: |
|---|---|
| PLAINTIFF(S) v. | 8:24-cr-00054-JWH |
| Ippei Mizuhara | NOTICE OF MANUAL FILING OR LODGING |
| DEFENDANT(S). | |

PLEASE TAKE NOTICE:

Pursuant to Local Rule 5-4.2, the following document(s) or item(s) are exempt from electronic filing, and will therefore be manually ☑ Filed  ☐ Lodged: (List Documents)

PETITION FOR ANCILLARY HEARING AND REQUEST FOR RELIEF PURSUANT TO 21 USC § 853(N)(2)

**Reason:**

☐ Under Seal
☐ In Camera
☐ Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)
☐ Per Court order dated: _____
☑ Other:

Petition for Ancillary Hearing and Request for Relief pursuant to 21 USC § 953(N)(2), filed by Third Party victim in case 8:24-cr-00054-JWH, Shohei Ohtani.

November 26, 2024                    Thomas Jones
Date                                 Attorney Name
                                     Shohei Ohtani (Third Party Victim/Petitioner)
                                     Party Represented

Note:   File one Notice of Manual Filing or Lodging in each case, each time you manually submit a document(s).