1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No.: 24-CR-54-JWH |
|---|---|
| Plaintiff, | |
| v. | **ORDER** |
| IPPEI MIZUHARA, | |
| Defendant. | |

Good cause having been shown, it is hereby **ORDERED** that Defendant Ippei Mizuhara's Sentencing Hearing is **CONTINUED** from December 20, 2024, to January 24, 2025, at 2:00 p.m.

**IT IS SO ORDERED.**

Dated: November 27, 2024

HON. JOHN W. HOLCOMB
UNITED STATES DISTRICT JUDGE