E. MARTIN ESTRADA
United States Attorney
MACK E. JENKINS
Assistant United States Attorney
Chief, Criminal Division
JONATHAN GALATZAN (Cal. Bar No. 190414)
Assistant United States Attorney
Chief, Asset Forfeiture & Recovery Section
    312 N. Spring Street, 11th Floor
    Los Angeles, CA  90012
    Telephone: (213) 894-2727
    E-mail: Jonathan.Galatzan@usdoj.gov

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 8:24-cr-00054-JWH |
| Plaintiff, | GOVERNMENT'S RECOGNITION OF INTEREST OF SHOHEI OHTANI IN CERTAIN FORFEITABLE PROPERTY |
| v. | |
| IPPEI MIZUHARA, | |
| Defendant. | |

    On September 19, 2024, the Court entered a Preliminary Order of Forfeiture pursuant to plea agreement whereby Defendant Ippei Mizuhara's interest in certain property was ordered forfeited to the United States of America.  (Docket Number 52.)

    In the ancillary proceeding, Shohei Ohtani ("Ohtani") claims an interest in the following property:

    i.   Collectible sports cards found in silver and black Panopply case;

   ii.   Collectible sports cards found in gray Panopply case;

  iii.   Box containing collectible sports cards;

1

     iv.   Card wrap device; and

      v.   Plastic card protectors/holders (collectively, the "Forfeitable Property").

1. Ohtani holds a valid pre-existing interest in the Forfeitable Property as title to the Forfeitable Property was vested in Ohtani at the time of the commission of the acts which gave rise to the forfeiture. 21 U.S.C. § 853(n)(6)(A).

2. A hearing on Ohtani's petition is not necessary, as the Government does not contest Ohtani's interest in the Forfeitable Property. Once the forfeiture of the defendant's interest is made final at sentencing, the Government will move for an order amending the Preliminary Order of Forfeiture to reflect Ohtani's superior interest in the property.

Dated: December 2, 2024        Respectfully submitted,

E. MARTIN ESTRADA
United States Attorney
MACK E. JENKINS
Assistant United States Attorney
Chief, Criminal Division

                               /s/
JONATHAN GALATZAN
Assistant United States Attorney
Chief, Asset Forfeiture & Recovery Section

Attorneys for Plaintiff
UNITED STATES OF AMERICA