E. MARTIN ESTRADA
United States Attorney
LINDSEY GREER DOTSON
Assistant United States Attorney
Chief, Criminal Division
JONATHAN GALATZAN (Cal. Bar No. 190414)
Assistant United States Attorney
Chief, Asset Forfeiture & Recovery Section
    312 N. Spring Street, 11th Floor
    Los Angeles, CA  90012
    Telephone: (213) 894-2727
    Facsimile: (213) 894-6269
    E-mail: Jonathan.Galatzan@usdoj.gov

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. 8:24-cr-00054-JWH |
|---|---|
| Plaintiff, | STIPULATION AND REQUEST TO VACATE HEARING ON PETITIONER'S MOTION FOR ANCILLARY HEARING |
| v. | |
| IPPEI MIZUHARA, | Date:  December 20, 2024 |
| Defendant. | Time:  2:00 p.m.<br>Courtroom:  10A |

By their counsel, plaintiff United States of America and petitioner Shohei Ohtani ("petitioner") hereby file this Stipulation and Request to Vacate Hearing on Petitioner's Motion for Ancillary Hearing currently scheduled for December 20, 2024, and stipulate to the following:

1.   On November 26, 2024, petitioner filed a petition for ancillary hearing, claiming an interest in the following property:

    a.   Collectible sports cards found in silver and black Panopply case;

b.    Collectible sports cards found in gray Panopply case;

c.    Box containing collectible sports cards;

d.    Card wrap device; and

e.    Plastic card protectors/holders (collectively, the "Forfeitable Property").

2.    The parties wish to vacate the hearing on the motion for ancillary hearing because the government does not contest petitioner's interest in the Forfeitable Property.  Once the forfeiture of the defendant's interest is made final at sentencing, the Government will move for an order amending the Preliminary Order of Forfeiture to reflect petitioner's superior interest in the property.

Accordingly, the parties respectfully request that the Court vacate the hearing on motion for ancillary hearing.

Dated: December 16, 2024          Respectfully submitted,

E. MARTIN ESTRADA
United States Attorney
LINDSEY GREER DOTSON
Assistant United States Attorney
Chief, Criminal Division

/s/ Jonathan Galatzan
JONATHAN GALATZAN
Assistant United States Attorney
Chief, Asset Forfeiture & Recovery
Section

Attorneys for Plaintiff
UNITED STATES OF AMERICA

Dated: December 16, 2024          /s/ per email authorization
BLAIR BERK, ESQ.

Attorney for Petitioner
SHOHEI OHTANI