UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　　　v.<br><br>IPPEI MIZUHARA,<br><br>　　　　Defendant. | No. 8:24-cr-00054-JWH<br><br>**ORDER VACATING HEARING ON PETITIONER'S MOTION FOR ANCILLARY HEARING**<br><br>Date:　December 20, 2024<br>Time:　2:00 p.m.<br>Courtroom:　10A |
|---|---|

1

    Plaintiff United States of America and petitioner Shohei Ohtani have made a stipulated request for an order vacating the hearing on petitioner's motion for ancillary hearing.  Good cause appearing therefore, it is hereby **ORDERED** as follows:

    1.   The stipulation is **GRANTED**.

    2.   The hearing on petitioner's motion for ancillary hearing set for December 20, 2024, is **VACATED**.

    **IT IS SO ORDERED.**

DATED: December 16, 2024

HON. JOHN W. HOLCOMB
UNITED STATES DISTRICT JUDGE