Michael G. Freedman (State Bar No. 281279)
THE FREEDMAN FIRM PC
1801 Century Park East, Suite 450
Los Angeles, California 90067
Telephone: (310) 285-2210
Facsimile: (310) 425-8845
Email: michael@thefreedmanfirm.com

Attorney for Defendant Ippei Mizuhara

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>IPPEI MIZUHARA,<br><br>Defendant. | Case No.: 24-CR-54-JWH<br><br>***EX PARTE* APPLICATION TO CONTINUE SENTENCING DATE FROM JANUARY 24, 2025 TO FEBRUARY 6, 2025**<br><br>Current Date: January 24, 2025<br><br>Proposed Date: February 6, 2025<br><br>[Proposed Order Filed Concurrently] |

Defendant Ippei Mizuhara, by and through his counsel of record, Michael G. Freedman, hereby files this *ex parte* application for an Order continuing the sentencing hearing from January 24, 2025, at 2:00 p.m., to February 6, 2025, at 1:00 p.m. This application is based on the attached Declaration of Michael G. Freedman. As detailed in that Declaration, the basis for this application is to allow sufficient time for Mr. Mizuhara's forensic psychologist to prepare his report for the Court. The government takes no position as to this request.

DATED:	January 7, 2025	Respectfully submitted,

By:	/s/ Michael G. Freedman
Michael G. Freedman
Attorney for Defendant
IPPEI MIZUHARA