# DECLARATION OF MICHAEL G. FREEDMAN

I, Michael G. Freedman, do declare and state:

1. I am counsel for Defendant Ippei Mizuhara in this matter. I am licensed to practice in the State of California, and I am admitted to practice before this Court.

2. On June 4, 2024, Mr. Mizuhara pleaded guilty to Counts 1 and 2 of a two-count Information. (Dkt. No. 39).

3. On September 22, 2024, the parties, by stipulation, requested that Mr. Mizuhara's sentencing hearing, set for October 25, 2024, be continued to December 20, 2024. (Dkt. No. 53). The basis for that stipulation was that Mr. Mizuhara and his counsel required further time to prepare their sentencing position and supporting documentation. Specifically, the Presentence Report was disclosed to the parties on September 18, 2024, and Mr. Mizuhara and his counsel required additional time beyond the briefing deadline of October 11, 2024, to review the Presentence Report and prepare Mr. Mizuhara's sentencing position. Additionally, Mr. Mizuhara was seeking a forensic psychiatrist to evaluate him with respect to gambling and to prepare a report for the Court's review before sentencing. This process could not have been completed before the briefing deadline of October 11, 2024. The Court granted the request and continued Mr. Mizuhara's sentencing hearing to December 20, 2024, at 1:00 p.m. (Dkt. No. 54).

4. On November 27, 2024, Mr. Mizuhara filed an ex parte application to continue the sentencing hearing from December 20, 2024 to January 17, 2025. (Dkt. No. 56). The Court granted the application the same day and continued the sentencing hearing to January 24, 2025. (Dkt. No. 59). The basis for Mr. Mizuhara's request was the need for his forensic psychologist to complete his evaluation of Mr. Mizuhara and then to prepare a report for the Court's review at sentencing. At the time of Mr. Mizuhara's last request, the forensic psychologist expected to be able to complete the report by the end of December 2024.

5. Mr. Mizuhara now requests a brief further extension of two additional weeks due to unexpected delays in the completion of the forensic psychologist's report. Mr. Mizuhara's evaluation was completed as planned, but the forensic psychologist has not yet been able to complete the report itself, due to the press of other matters, including family health issues over the holidays.

6. As noted in the prior application, once the report is prepared, I will need sufficient time to review it with Mr. Mizuhara and to incorporate it into his sentencing submission. I believe Mr. Mizuhara would be prejudiced by not being able to submit the forensic psychologist's report to the Court before sentencing and by not being able to review it and incorporate it into his sentencing submission to the Court.

7. I have conferred with Assistant United States Attorney Jeff P. Mitchell regarding this *ex parte* request to continue the sentencing hearing to February 6, 2025. AUSA Mitchell has confirmed to me that the government takes no position on this request.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that this declaration is executed at Los Angeles, California on January 7, 2025.

/s/ Michael G. Freedman  
Michael G. Freedman  
Attorney for Defendant Ippei Mizuhara

DECLARATION OF MICHAEL G. FREEDMAN