Jeff Mitchell (Cal. Bar No. 236225)
Assistant United States Attorney
United States Attorney's Office
312 N. Spring Street, 11th Floor
Los Angeles, CA 90012

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | CASE NUMBER: |
|---|---|
| PLAINTIFF(S) | No. CR 24-00054-JWH |
| v. | |
| IPPEI MIZUHARA, | **NOTICE OF MANUAL FILING OR LODGING** |
| DEFENDANT(S). | |

PLEASE TAKE NOTICE:

Pursuant to Local Rule 5-4.2, the following document(s) or item(s) are exempt from electronic filing, and will therefore be manually  ☑ Filed   ☐ Lodged:  (**List Documents**)

Ex Parte Application and Proposed Order to Seal Documents, Under Seal Pleading

**Reason:**

☑ Under Seal and/or In Camera
☐ Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)
☐ Electronic versions are not available to filer
☐ Per Court order dated: _____
☐ Administrative Record
☐ Other:

January 23, 2025
Date

Jeff Mitchell
Attorney Name

United States of America
Party Represented

*Note: File one Notice of Manual Filing or Lodging in each case, each time you manually submit a document(s).*

G-92 (04/14)   **NOTICE OF MANUAL FILING OR LODGING**