# Exhibit 1
## Ippei Mizuhara Letter

Honorable Judge John W. Holcomb,

I am writing you today before my sentencing hearing.  Sadly, I am asking for your leniency in sentencing me and plea that your sentence be merciful and not punitive.  Please take into account what I am going to say as many lives are going to be touched and affected by your decision today.

As you know your Honor, the crime I committed was bank fraud and tax fraud.  I need to tell you what motivated me to act against the law.  I am truly remorseful for the actions that I took.

Since late 2017, I had been working with Shohei Ohtani as his interpreter/manager.  I can confidently say that I put my heart and soul into my work so Shohei can have the best career he can as a professional baseball player in the United States.  I had sacrificed not only my own life but my family's life to put Shohei as my number one priority ever since I started to work for him, and to this day I am very happy for all of the accolades and success he has had thus far.

Usually when a Japanese baseball player makes the move to the United States, they would bring over multiple staff members to take care of various tasks such as a driver, trainer, chef, off the field interpreter/support member, etc. but I was the only person Shohei brought along so naturally I had to support him on most of the above mentioned tasks.  I drove him everywhere he had to be, went on frequent grocery runs, ran random errands whenever he needed it, so I felt like I was on call 24/7.  On top of all of this, I had to communicate with his U.S. agent on a daily basis and also his mother(who was in charge of Shohei's management on the Japanese side) few times a week.  With the busy baseball schedule and the international time difference, there were many times where I would be on the phone well past midnight and lose sleep.

The offseason was where it was much harder both physically and mentally. Shohei would train 5-6 times per week and I was responsible for reserving the facility, setting up and cleaning up all of the practice equipment, filming and tracking all of his exercises, being his training partner(as it was just him and I during all of the off season training), driving him back and forth, and communicating all of this back to the Angels and his personal pitching/hitting/rehabilitation people back in the United States.  I would also be running daily errands such as grocery shopping, checking his mail box, fixing his bicycle, accompany him when he went back to Iwate prefecture to visit his family, take his dog to the vet, take his dog to the groomer, drop off and pick up for his dinners he had with his peers while I wait in the car,  helped coordinate Japanese and U.S. lawyers for his marriage prenup and attended the meetings, etc.  On top of all this, I was responsible for communicating with all of his endorsement companies and brokerage companies to set up his production days for commercials which occurred once per week in between the training.  I would accompany him to all of his production shoots which gave me almost no true days off.  My only long consecutive days off would be around 4 days at the turn of the year which left me barely any time to spend with my wife.  I often felt like the off season was much, much busier and stressful compared to during the season.  For all this work, Shohei paid me an average of

roughly 400,000 yen(roughly $2,500) per month from October to January and 20,000 yen (roughly $125~$130) per month from February to September which equates to roughly $11,000 per year.  The reason why October to January was higher was because I was not getting paid by the baseball team during those months since they were considered the off season.  I felt like I was getting severely underpaid but I was afraid to speak up for myself as I was on a one year contract every year and I didn't want to upset them and end up getting fired.

I would like to briefly touch on my financial situation since I started to work for Shohei Ohtani.  My salary from the Angels were $85,000 in 2018, $87,000 from 2019 to 2021, $99,611.16 (Prorated Salary due to the lockout) in 2022, and $250,000 in 2023.  I had to live within a certain vicinity of Shohei so I can stay close by to accommodate his daily needs especially in his early years in the United States.  This meant that I had to rent a place near him which meant the rent was not going to be cheap.  On top of the hefty rent price, I needed to take care of my wife's expenses for her flights going back and forth from Japan and the United States every 90 days since she didn't get her Green Card until 2023, which also meant I had to pay double the rent while she was staying in Japan.  I also had to pay double rent for my place in the United States and Japan during the off season while I accompanied Shohei to Japan for his off season training and commercial shoots.  All of these extra expenses were taking a huge toll on me and I was living pay check to paycheck, I would have to borrow money from family and friends some months to make ends meet.  I have also had numerous offers from Japanese companies over the years such as writing books, doing TV/Radio interviews, appearing in TV commercials which would have helped me greatly financially but they were all shut down from Shohei and his company in Japan.  In 2021 I unfortunately ended up meeting Matt Boyer who was an online sports betting bookie through one of Shohei's teammates at the time.  To my ignorance to the gambling industry, I did not know until early 2024 that he was an "illegal bookmaker".  Being desperate for money at the time, I stupidly thought this might be an opportunity to help myself out financially and started to use his website for sports betting.  And before I knew it, the results were the complete opposite.  My gambling debt had grown so much that I could not find any way to pay it but to use Shohei's money… I felt terribly guilty about putting my hands on his money but this was the only solution I could think of at the time.  As the days went on, my debt kept growing and growing and at this point the only way I thought I can get out of this debt and pay him back was to win it back in gambling.  I definitely feel like I had a terrible addiction at the time and I only saw hope in life while I was gambling.  I learned my lesson in a very hard way and after seeing Dr. Whiting for my gambling problems,  I can confidently say my gambling days are behind me.  I would like to use my experience to help out other people that are suffering from similar situations as me and give back to the community as much as I can.


Lastly, please allow me to talk about my family.  My wife and I got married in 2018 after dating for 5 years.  She is born and raised in Japan and has very minimal English speaking skills.  We had some immigration lawyer issues so she did not get her green card until 2023.  In between those times, she had to go back and forth from Japan and the United States every 90 days which I briefly explained above.

I made my wife go through so much stress and trouble, she had been detained twice in U.S. customs overnight and got deported once because they thought her going back and forth so much were suspicious, she said those experiences were really fearsome and even traumatic. She was not able to come to the United States all of 2022 as a result, and now that I look back, I felt like gambling helped fill my void of not being able to see my wife for the whole year.  I feel terrible and really guilty for making her go through all of this.   We always wanted to have kids and have a nice wedding one day, but we just couldn't make it work because we didn't have flexibility both time wise and financially.  Shohei gave us a honeymoon ticket via Japan Airlines as his tip for the 2018 season but we were never able to use it since I never got enough time off for it and we plan to return the ticket to him through our attorneys.  She also played a big part in help supporting Shohei's journey in the U.S.  She would cook him breakfast in the early years and periodically make him food for dinner, watch Shohei's dog while he was gone for baseball, even paid out of her pocket and learned to do nail protection work known as "Gel Nail" since Shohei often suffered from broken nails while he was pitching, and the Gel Nail actually helped Shohei's nails from further damage.  She truly supported both Shohei and I to the best of her abilities throughout the years and she never complained through all of this as she knew my priority was to support Shohei to the best of my ability.  She was never aware of my financial struggles as I hid it from her to keep more stress and anxiety off of her.  We would still like to have kids one day and I feel a lengthy imprisonment would be detrimental to those chances since we are both getting up there in age.  Her limitations on the English language would also make it hard for her to live without me, although my parents are very supportive of us and are willing to help her out if I'm not around.  My parents also had been very supportive of my time as Shohei's interpreter.  They would often cook and bring in Japanese meals that are tough to get over here for him and even watched his dog for a few days when he had to be away.  I am their only child and we have been a very close and caring family, I can confidently say they raised me with much love and care.

I understand that I have made a decision that will impact my entire life and I am not making excuses for what I have done.  I am not trying to justify my actions in any way.  I am asking that you will look at me as a man and believe change can happen.  I don't believe an apology will fix my wrong. I am prepared accept my consequences.   I am asking for a little mercy from the court concerning my sentence you will hand down.  Thank you very much.

Lastly, I truly admire Shohei as a baseball player and a human being and I was committed to devote my life so Shohei can be the best version of himself on the field.  I want to say I am truly sorry for violating his trust in me.

Thank you very much for taking the time to read my letter.

Sincerely,

Ippei Mizuhara