# Exhibit 5
# Kenichi Iwamoto Letter

Judge Holcomb,

My name is Kenichi Iwamoto, I am currently with Hokkaido Nippon-ham Fighters, a Japanese professional baseball club as an assistant GM /International Director. I live in Hokkaido, Japan where the baseball club is located.

I have known Ippei since we first met in Nashville, TN in December 2012 for a job interview for an interpreter position for Fighters. There were more than 20 candidates for the position, but we made our decision right away because Ippei was totally sticking out on his presentation. Very calm, great language skills, and warm personality. He started working as our interpreter from January 2013. His work ethic was totally impressive. He always came to the clubhouse earlier than anyone else did and never complained about all the requests from players and coaches. He was the last one to leave the stadium most of the time and dedicated his time to all the international players every day.  He did whatever it took for the team. Duties for interpreters are not only interpreting. They take care of players on and off the field, including for their families. Fighters had 5 interpreters when Ippei was with us, but he was the most players' favorite interpreter for all of his years with Fighters because of his dedication. He never asked for a return whenever he did something special for players. Also, Ippei was very good at preparations, even before players asked to do something, Ippei well guessed what players would ask him to do so everything was ready for them right away.

From 2016 through 2019, Fighters had the spring training in the US (Arizona) and was successful without any troubles not difficulties, and Ippei was involved in organizing the spring training in large amount. He brought his father as the chef to provide great Japanese food to players and took the leadership responsibilities in many areas with difficult tasks. What impressed us the most was that he handled all people skills and none of us (I mean zero) talked negative things about him at all. Ippei always served his best with big smile, and everyone loved his positive character.

I strongly believe Ippei knows to pay for his mistakes, but these mistakes do not define who Ippei is. He is truly kind and great person and I hope you will consider his life as a whole.

Sincerely,

Kenichi Iwamoto