# EXHIBIT C

| | A | B |
|---|---|---|
| 1 | Name | Ippei Mizuhara |
| 2 | User ID | ██████ |
| 3 | Visitor ID | ██████ |
| 4 | Username | ██████ |
| 5 | Email | ███████ |
| 6 | Address | ████████████ |
| 7 | | ████████ |
| 8 | DOB | ████ 1984 |
| 9 | Last 4 | ████ |
| 10 | Account Creation Date | 9/22/2018 9:12 |
| 11 | Phone Number | N/A |
| 12 | Note | Never completed registration for Sportsbook |

KYC Data | Deposits | Withdrawals | Geolocation | Uploads | Financial Transactions | Bet History

|   | A | B | C | D | E | F | G | H | I | J | K | L |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | None | | | | | | | | | | | |

KYC Data | Deposits | Withdrawals | Geolocation | Uploads | Financial Transactions | **Bet History**