# EXHIBIT D

| | A | B |
|---|---|---|
| 1 | Name | IPPEI MIZUHARA |
| 2 | User ID | |
| 3 | Visitor ID | |
| 4 | Username | |
| 5 | Email | |
| 6 | Address | |
| 7 | DOB | |
| 8 | Last 4 | |
| 9 | Account Creation Date | 10/19/2015 20:28 |
| 10 | Phone Number | |

Sheets: KYC Data | Deposits | Withdrawals | Geolocation | Uploads | Financial Transactions | Bet History

| # | Date | Year | State | League | Event | Bet Type | Selection | Stake | Payout |
|---|------|------|-------|--------|-------|----------|-----------|-------|--------|
| 331 | 2/7/23 11:31 | 2023 | Arizona | SOC | Future FC vs National Bank | Moneyline 1st Half | Future FC | $500.00 | $1,275.00 |
| 332 | 2/7/23 11:31 | 2023 | Arizona | SOC | Future FC vs National Bank | Moneyline 1st Half | Future FC | $5.00 | $12.75 |
| 333 | 2/6/23 20:46 | 2023 | Arizona | NBA | OKC Thunder @ GS Warriors | Spread | GS Warriors | $578.66 | $0.00 |
| 334 | 2/6/23 20:46 | 2023 | Arizona | NBA | DAL Mavericks @ UTA Jazz | Spread | UTA Jazz | $578.66 | $0.00 |
| 335 | 2/6/23 20:46 | 2023 | Arizona | NBA | MIL Bucks @ POR Trail Blazers | Spread | MIL Bucks | $578.66 | $0.00 |
| 336 | 2/6/23 18:58 | 2023 | Arizona | NHL | TB Lightning @ FLA Panthers | Both Teams to Score - 1st Period | Yes | $650.00 | $0.00 |
| 337 | 2/6/23 18:54 | 2023 | Arizona | NBA | CLE Cavaliers @ WAS Wizards | Spread | CLE Cavaliers | $800.00 | $0.00 |
| 338 | 2/6/23 18:54 | 2023 | Arizona | NBA | LA Clippers @ BKN Nets | Spread | BKN Nets | $800.00 | $0.00 |
| 339 | 2/6/23 18:54 | 2023 | Arizona | CBB | Duke @ Miami FL | Spread | Duke | $800.00 | $0.00 |
| 340 | 2/6/23 18:49 | 2023 | Arizona | CBB | Duke @ Miami FL | Moneyline 1st Half | Duke | $850.00 | $0.00 |
| 341 | 2/6/23 18:49 | 2023 | Arizona | CBB | Duke @ Miami FL | Total Points Odd/Even - 1st Half | Odd | $700.00 | $0.00 |
| 342 | 2/6/23 17:20 | 2023 | Arizona | SOC | Rio Ave vs Sporting Lisbon | Moneyline | Sporting Lisbon | $1,400.00 | $2,566.66 |
| 343 | 2/6/23 17:20 | 2023 | Arizona | SOC | Rio Ave vs Sporting Lisbon | Correct Score | 2:00 | $500.00 | $0.00 |
| 344 | 2/6/23 13:23 | 2023 | Arizona | SOC | Portimonense vs Pacos Ferreira | Moneyline 1st Half | Portimonense | $1,000.00 | $0.00 |
| 345 | 2/6/23 13:23 | 2023 | Arizona | SOC | Portimonense vs Pacos Ferreira | Moneyline | Portimonense | $1,000.00 | $2,350.00 |
| 346 | 2/6/23 12:25 | 2023 | Arizona | SOC | Verona vs Lazio | Moneyline 1st Half | Lazio | $1,000.00 | $2,550.00 |
| 347 | 2/5/23 13:58 | 2023 | Arizona | CBB | Rider @ Manhattan | Spread | Rider | $116.00 | $0.00 |
| 348 | 2/5/23 13:58 | 2023 | Arizona | CBB | Iona @ Fairfield | Spread | Iona | $116.00 | $0.00 |
| 349 | 2/5/23 13:58 | 2023 | Arizona | NBA | LA Clippers @ BKN Nets | Spread | BKN Nets | $116.00 | $0.00 |
| 350 | 2/5/23 13:58 | 2023 | Arizona | NBA | BOS Celtics @ DET Pistons | Spread | BOS Celtics | $116.00 | $0.00 |
| 351 | 2/5/23 13:58 | 2023 | Arizona | NBA | ORL Magic @ CHA Hornets | Spread | CHA Hornets | $116.00 | $0.00 |
| 352 | 2/4/23 20:05 | 2023 | Arizona | NBA | MIA Heat @ MIL Bucks | Spread 1st Half | MIL Bucks | $1,102.73 | $0.00 |
| 353 | 2/4/23 20:03 | 2023 | Arizona | CBB | Georgia @ Texas A&M | Spread 1st Half | Georgia | $600.00 | $0.00 |
| 354 | 2/4/23 19:22 | 2023 | Arizona | NBA | LA Lakers @ NO Pelicans | Next Field Goal Exact Type (after Score 72-61) | LA Lakers Three Points | $300.00 | $0.00 |
| 355 | 2/4/23 17:17 | 2023 | Arizona | NBA | LA Lakers @ NO Pelicans | Spread 1st Half | LA Lakers | $500.00 | $976.19 |
| 356 | 2/4/23 17:15 | 2023 | Arizona | NBA | LA Clippers @ NY Knicks | Spread 1st Half | LA Clippers | $500.00 | $954.54 |

KYC Data | Deposits | Withdrawals | Geolocation | Uploads | Financial Transactions | **Bet History**