# EXHIBIT E



IPPEI MIZUHARA

Customer service information



## Your Angels Baseball Adv Plus Banking

for October 22, 2021 to November 19, 2021

**IPPEI MIZUHARA**

Account number: 9877

### Account summary

| | |
|---|---:|
| Beginning balance on October 22, 2021 | $12,819.91 |
| Deposits and other additions | 26,552.57 |
| ATM and debit card subtractions | -5,014.06 |
| Other subtractions | -0.00 |
| Checks | -0.00 |
| Service fees | -43.57 |
| **Ending balance on November 19, 2021** | **$34,314.85** |





IPPEI MIZUHARA   |   Account # ▮▮▮▮9877   |   January 24, 2023 to February 17, 2023

**Monthly maintenance fees for your ▮▮▮▮▮▮▮ account will now post on a later date.**

We are changing the day the monthly fee is posted to your account due to recent system updates. For statement cycles starting on or after December 1, 2022, if the requirements to avoid the monthly fee during a statement cycle are not met, the fee will now be posted on the first business day of the following monthly statement cycle.

## Deposits and other additions

| Date | Description | Amount |
|---|---|---|
| |  | |
| 02/15/23 | DRAFTKINGS     DES:DRAFTKINGS ID:MIZUHARA IPPEI  INDN:MIZUHARA IPPEI         CO ID:9044045959 WEB | 6,000.00 |

**Total deposits and other additions**                                                              **$33,735.43**

## Withdrawals and other subtractions

### ATM and debit card subtractions

| Date | Description | Amount |
|---|---|---|
| |  | |

*continued on the next page*



Govt Ex. E Page 2



IPPEI MIZUHARA

**Customer service information**



# Your ▓▓▓ Banking

for February 18, 2023 to March 23, 2023

Account number ▓▓▓ 9877

**IPPEI MIZUHARA**

## Account summary

| | |
|---|---:|
| Beginning balance on February 18, 2023 | $31,697.62 |
| Deposits and other additions | 60,602.44 |
| ATM and debit card subtractions | -23,091.04 |
| Other subtractions | -38,610.00 |
| Checks | -0.00 |
| Service fees | -362.59 |
| **Ending balance on March 23, 2023** | **$30,236.43** |



IPPEI MIZUHARA  |  Account #        9877  |  February 18, 2023 to March 23, 2023

## Deposits and other additions

| Date | Description | Amount |
|---|---|---|
| 02/21/23 | DRAFTKINGS   DES:DRAFTKINGS ID:MIZUHARA IPPEI  INDN:MIZUHARA IPPEI   CO ID:9044045959 WEB | 15,000.00 |
| 02/28/23 | ATM 02/28 #000004835 DEPOSIT        PHOENIX    AZ | 30,000.00 |

**Total deposits and other additions** **$60,602.44**

## Withdrawals and other subtractions

### ATM and debit card subtractions

| Date | Description | Amount |
|---|---|---|

*continued on the next page*

Govt Ex. E Page 4



IPPEI MIZUHARA  |  Account #▨▨▨▨9877  |  October 24, 2023 to November 21, 2023

## Deposits and other additions

| Date | Description | | | | Amount |
|---|---|---|---|---|---:|
| 11/08/23 | VENMO*MIZUHAR | 11/08 #000783059 PMNT RCVD VENMO*MIZUHAR | San Jose | CA | 3,975.00 |
| 11/21/23 | VENMO*MIZUHAR | 11/20 #000215077 PMNT RCVD VENMO*MIZUHAR | San Jose | CA | 2,975.00 |
| 11/21/23 | VENMO*MIZUHAR | 11/20 #000215307 PMNT RCVD VENMO*MIZUHAR | San Jose | CA | 2,975.00 |
| 11/21/23 | VENMO*MIZUHAR | 11/20 #000215513 PMNT RCVD VENMO*MIZUHAR | San Jose | CA | 2,975.00 |
| 11/21/23 | VENMO*MIZUHAR | 11/20 #000214845 PMNT RCVD VENMO*MIZUHAR | San Jose | CA | 2,975.00 |
| 11/21/23 | VENMO*MIZUHAR | 11/20 #000215687 PMNT RCVD VENMO*MIZUHAR | San Jose | CA | 2,480.00 |

**Total deposits and other additions** **$25,305.53**

## Withdrawals and other subtractions

### ATM and debit card subtractions



*continued on the next page*





IPPEI MIZUHARA   |   Account # ▮▮▮▮9877   |   November 22, 2023 to December 20, 2023

## Deposits and other additions

| Date | Description | | | Amount |
|---|---|---|---|---|
| 11/27/23 | VENMO*MIZUHAR  11/25 #000079505 PMNT RCVD VENMO*MIZUHAR | San Jose | CA | 1,975.00 |
| 11/29/23 | CHECKCARD  1129 AMZN Mktp US | WA 5543286333320305905 | | 0.30 |
| 11/29/23 | CHECKCARD  1129 AMZN Mktp US | WA 5543286333320304727 | | 0.22 |
| 11/29/23 | CHECKCARD  1129 AMZN Mktp US | WA 5543286333320304716 | | 0.16 |
| 11/29/23 | CHECKCARD  1129 AMZN Mktp US | WA 5543286333320305671 | | 0.04 |
| 11/30/23 | CHECKCARD  1129 AMZN Mktp US | WA 5543286333320310785 | | 6.36 |
| 11/30/23 | CHECKCARD  1130 AMZN Mktp US | WA 5543286333420312870 | | 0.22 |
| 11/30/23 | CHECKCARD  1129 AMZN Mktp US | WA 5543286333320308293 | | 0.17 |
| 11/30/23 | CHECKCARD  1129 AMZN Mktp US | WA 5543286333320304716 | | 0.04 |
| 12/12/23 | ATM 12/11 #000008848 DEPOSIT | SANTA ANA | CA | 68,600.00 |
| 12/14/23 | VENMO*MIN JAY  12/14 #000916627 PMNT RCVD VENMO*MIN JAY | San Jose | CA | 982.50 |
| **Total deposits and other additions** | | | | **$71,581.58** |

## Withdrawals and other subtractions

### ATM and debit card subtractions

| Date | Description | Amount |
|---|---|---|



*continued on the next page*





IPPEI MIZUHARA

**Customer service information**



🔔 Please see the **Important Messages - Please Read** section of your statement for important details that could impact you.

# Your

for February 22, 2024 to **March 21, 2024**

Account number: 9877

**IPPEI MIZUHARA**

## Account summary

| | |
|---|---:|
| Beginning balance on February 22, 2024 | $179,474.29 |
| Deposits and other additions | 24,566.89 |
| ATM and debit card subtractions | -8,895.81 |
| Other subtractions | -0.00 |
| Checks | -0.00 |
| Service fees | -32.32 |
| **Ending balance on March 21, 2024** | **$195,113.05** |

Govt Ex. E Page 7

PULL: B   CYCLE: 14   SPEC: E   DELIVERY: E   TYPE:   IMAGE: I   BC: AZ

Page 1 of 8