# EXHIBIT F



**SHOHEI OTANI  |  Account # 5848  |  October 15, 2022 to November 14, 2022**

## Withdrawals and other subtractions - continued

### ATM and debit card subtractions - continued

| Date | Description | Amount |
|---|---|---|
| 10/25/22 | CHECKCARD 1024 RPS*VILLAS FASHIO 8007040154 CA 55429502298200299300011 | -10,918.21 |
| 10/25/22 | CHECKCARD 1024 RPS*VILLAS FASHIO 8007040154 CA 55429502298200299300029 | -10,716.00 |

*continued on the next page*