# EXHIBIT G

Hi! Sign in Daily Deals Gift Cards Help & Contact Sell My eBay

ebay Search for anything

|Listed in category:

Back to search results Share

Books, Movies & Music > Books & Magazines > Magazines

**SAVE UP TO 15%** See all eligible items and terms

Have one to sell? Sell now

# Let'S Play Baseball - The Story Of Shohei Otani, Written By Ippei Mizuhara

Japan Store1124(29)
100% positive
Seller's other items
Contact seller

**US $80.95**

Was ~~US $95.24~~ (15% off) Price details

Condition: **Like New**

Buy It Now

Add to cart

Add to Watchlist

**Breathe easy.** Free shipping and returns.

Shipping: **Free** Economy Shipping from outside US. See details
International shipment of items may be subject to customs processing and additional charges.
Located in: Japan, Japan

Delivery: Estimated between **Tue, Feb 25** and **Tue, Mar 11** to 20859
This item has an extended handling time and a delivery estimate **greater than 22 business days.**
Please allow additional time if international delivery is subject to customs processing.

Returns: 30 days returns. Seller pays for return shipping. See details

Payments:

Special financing available. See terms and apply now

Earn up to 5x points when you use your eBay Mastercard®. Learn more

## Similar Items

Sponsored

Feedback on our suggestions | See all

"Let's Play Baseball: The Story of Shohei Otani - Japanese... Pre-owned
**$55.99**
**Free shipping**
Seller with 100% positive feedback

LAST ONE
Let's Play Baseball! Shohei Otani Story Japanese Picture... New
**$32.29**
~~$33.99~~ **5% off**
+ $7.00 shipping
Seller with 100% positive feedback

Let's play baseball! The story of SHOHEI OHTANI Wonder... New
**$36.99**
**Free shipping**
Seller with 100% positive feedback

Let's play baseball! The story of Shohei Otani Japanese... New
**$45.00**
**Free shipping**
Seller with 100% positive feedback

Govt. Ex. G Page 1

## Shop with confidence

 eBay Money Back Guarantee
Get the item you ordered or your money back. Learn more

## Explore related items
Sponsored                                                                                   Feedback on our suggestions  |  See all

"Let's Play Baseball: The Story of Shohei Otani - Japanese Literature Novel" Pre-owned
**$55.99**
Free shipping
Seller with 100% positive feedback

**LAST ONE**
[NEW] Let's play baseball! Shohei Otani Story Japanese Japan limited... New
**$49.04**
Free shipping
Seller with 100% positive feedback

**LAST ONE**
Let's Play Baseball! Shohei Otani Story Japanese Picture Book LA Dodgers New
**$32.29**
$33.99 5% off
+ $7.00 shipping
Seller with 100% positive feedback

Let's play baseball! Shohei Otani Story Japanese Japan limited release2024 New
**$39.80**
Free shipping
Seller with 100% positive feedback

First edition Let's play baseball - The story of Shohei Otani #YNKUR4 Pre-owned
**$118.33**
Free shipping

Sho... play... Very... New...
**$48...**
Free...
Sell... fee...

About this item                                                                                            Report this item

Seller assumes all responsibility for this listing.                          eBay item number: 375914724543

## Item specifics

Condition: Like New: A book that looks new but has been read. Cover has no visible wear, and the dust jacket ... Read more
Brand: No Brand
Country: Japan
Publication Name: NA
Publication Year: NA
Publication Month: NA
Genre: NA
Topic: NA
Language: NA
Features: NA
Publisher: NA
Contributors: NA
ISSN: NA

Govt. Ex. G Page 2

| | |
|---|---|
| Publication Frequency | N A |
| Country/Region of Manufacture | N A |
| Subscription | N A |
| Signed | N A |
| Signed By | N A |
| Distribution | N A |
| MPN | N A |
| Issue Number | N A |
| Volume | N A |
| UPC | N A |

## Item description from the seller

### Item Title

Let'S Play Baseball - The Story Of Shohei Otani, Written By Ippei Mizuhara

### Payment

Supports managed payments Please pay within 5 days after auction is finished.

### About Us

We are located in Japan. It's our pleasure to make you happy by proposing our recommend item. If you have any questions or request about items, please feel free to ask us.

### International Buyers - Please Note:

-Import duties, taxes, and charges are not included in the item price or shipping charges. These charges are the buyer's responsibility. -Please check with your country's customs office to determine what these additional costs will be prior to bidding/buying. -These charges are normally collected by the delivering freight (shipping) company or when you pick the item up - do not confuse them for additional shipping charges. -We do not mark merchandise values below value or mark items as - gifts - The US and International government regulations prohibit such behavior.

Thank you for your understanding.

## About this seller

**Japan Store1124**

100% positive feedback · 116 items sold

Joined Aug 2024
Usually responds within 24 hours

Visit store

Govt. Ex. G Page 3

Contact

♡ Save seller

## Detailed seller ratings

| | |
|---|---|
| Accurate description | 4.9 |
| Reasonable shipping cost | 5.0 |
| Shipping speed | 5.0 |
| Communication | 5.0 |

Average for the last 12 months

## Popular categories from this store    See all

Collectibles      Books & Magazines

## Seller feedback (34)

**1***5 (11)**   Past month                                                                   Verified purchase

Shipped very quickly, was packaged nicely, item was exactly as described. Highly recommend this seller

Leaf IIlustration Misato Mitsumi Art Book (#375869282441)

**7***0 (886)**   Past month                                                                  Verified purchase

Very kind and helpful seller. My items arrived faster than expected, nicely packaged. I'm happy with my purchase!

Shonen Sunday (#375861976965)

**2***2 (103)**   Past 6 months                                                               Verified purchase

Excellent seller! Fast shipping, item as described.

One Piece Wafer Seal Corazon Holo (#375664080203)

**8***. (17)**   Past month                                                                   Verified purchase

Book arrived exactly as described, and it arrived in less time than the seller estimated.

Jacques Roubaud Mathematics (#375854567265)

**a***n (540)**   Past month                                                                  Verified purchase

Shipping took a long time but item packed well. Thank you.

Gucci Collection 2005 Superb Storage (#375804482187)

**m***i (27)**   Past month                                                                   Verified purchase

Fast shipping!!! Mint condition! Thanks so much!! 🙌 Recommended super friendly seller.

Bts Jimin Vogue Korea Magazine (#375777578552)

**d***n (367)**   Past 6 months                                                                Verified purchase

Quick shipping great service!

Yako No.3 No.16 Set Yoshiharu Tsuge Et Al. Deep Japanese Manga (#375809551570)

**2***o (4088)**   Past month                                                                 Verified purchase

received in fine condition

Weekly Young Jump 2016 No.21 Mariko Shinoda (#375852215038)

See all feedback

Govt. Ex. G Page 4

Back to search results                                                                                                                                    Return to top

More to explore :   Biographies & True Stories Cassettes Plays,   Biographies & True Stories Audiobooks & Audio Plays,   Biographies & True Stories MP3 CDs Plays,
Biographies & True Stories Audio CDs Plays,   Audiobooks & Audio Plays Biographies & True Stories in English,   Cassettes Plays,
Fiction Books & Detective Stories Fiction,   Fiction Spooky Stories Fiction & Books,   Audio Play Audiobooks,   MP3 CDs Plays

## Shop Top Sellers and Highly Rated Products in Magazines

**Best Sellers**

DONALD TRUMP TIME Magazine 2024 Person of the Year

BCW Diversified Magazine (2017,Paperback)

PEOPLE MAGAZINE SPECIAL EDITION 2022 CELEBRATING THE 90s TITANIC AT 25 M10

BCW 1-BBMAG-L Life Size Magazine Backing Boards

Easyriders Magazine Nashville Bike Show June 2017 051618rep

**Top Rated**

BCW Diversified Magazine (2017,Paperback)

Prog Music Magazine Issue 74 Feb 2017 No CD Jethro Tull ARW Martin Barre Family

PEOPLE MAGAZINE SPECIAL EDITION 2022 CELEBRATING THE 90s TITANIC AT 25 M10

CATS THE FELINE LIFE Time Magazine Special Ediiton 2024 98 Pages

Breathe Magazine The Mindfulness Special 2019 Wellbeing Creativity Escaping

## Related Searches

| Shohei Ohtani Book | Ohtani Signed Baseball | Shohei Otani | Shohei Ohtani Signed Baseball | Ohtani Puppy | Japan Ohtani | Ohtani Pillow |
| Shohei Ohtani I | Shohei Ohtani Japan | Japan Shohei Ohtani | Shohei Ohtani Japanese | Ohtani and Ichiro | Ohtani Ichiro | |
| Ohtani Shirt Japan | 2018 Shohei Ohtani | | | | | |

About eBay    Announcements    Community    Security Center    Seller Center    Policies    Affiliates    Help & Contact    Site Map

Copyright © 1995-2025 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Consumer Health Data, Payments Terms of Use, Cookies, CA Privacy Notice, Your Privacy Choices
and  AdChoice ⓘ