UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
**CRIMINAL MINUTES – GENERAL**

Case No.   8:24-cr-00054-JWH-1                         Date: February 6, 2025

Present: The Honorable:   JOHN W. HOLCOMB, UNITED STATES DISTRICT JUDGE

Interpreter   Not Present

| Clarissa Lara | Debbie Hino-Spaan | Jeff P. Mitchell |
|---|---|---|
| *Deputy Clerk* | *Court Reporter / Recorder* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant | Present | Bond | Custody | Attorneys for Defendant: | Present | App | Ret |
|---|---|---|---|---|---|---|---|
| Ippei Mizuhara | X | X | | Michael G. Freedman, Retained | X | | X |

**Proceedings: SENTENCING**

Counsel state their appearances.

Sentencing hearing held. See separate Judgment and Commitment Order.

cc:   USPO
      USMS

Initials of Deputy Clerk   1:42
                           cla