```
1  JOSEPH T. MCNALLY
   Acting United States Attorney
2  LINDSEY DOTSON
   Assistant United States Attorney
3  Chief, Criminal Division
   JONATHAN GALATZAN (Cal. SBN: 190414)
4  Assistant United States Attorney
   Chief, Asset Forfeiture & Recovery Section
5       1100 United States Courthouse
        312 North Spring Street
6       Los Angeles, California 90012
        Telephone: (213) 894-2727
7       Facsimile: (213) 894-6269
        E-mail:    Jonathan.Galatzan@usdoj.gov
8
   Attorneys for Plaintiff
9  UNITED STATES OF AMERICA
```

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 8:24-cr-00054-JWH |
|---|---|
| Plaintiff, | **GOVERNMENT'S APPLICATION TO AMEND PRELIMINARY ORDER OF FORFEITURE** |
| v. | |
| IPPEI MIZUHARA, | |
| Defendant. | |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Plaintiff United States of America hereby applies for issuance of an Amended Preliminary Order of Forfeiture pursuant to Fed. R. Crim. P. 32.2(c) as to the following property:

    i. Collectible sports cards found in silver and black Panopply case;

   ii. Collectible sports cards found in gray Panopply case;

  iii. Box containing collectible sports cards;

   iv. Card wrap device; and

    v. Plastic card protectors/holders (collectively, the "Forfeitable Property").

1

Defendant Ippei Mizuhara ("defendant") entered a plea of guilty on June 4, 2024, to counts one and two of the Information, which charges defendant with bank fraud, in violation of 18 U.S.C. § 1344(2), 2(b) and 26 U.S.C. § 7206(1). On September 19, 2024, a Preliminary Order of Forfeiture was entered forfeiting the defendant's interest in the Forfeitable Property.  On November 26, 2024, Shohei Ohtani ("Ohtani") filed a petition for ancillary hearing pursuant to 21 U.S.C. § 853.  The Government thereafter recognized Ohtani's interest in the Forfeitable Property.

Pursuant to Fed. R. Crim. P. 32.2(c), the government now applies for the entry of an Amended Preliminary Order of Forfeiture recognizing Ohtani's superior interest and allowing for the return of the Forfeitable Property to Ohtani.

Dated: February 21, 2025        Respectfully Submitted,

JOSEPH T. MCNALLY
Acting United States Attorney

          /s/
JONATHAN GALATZAN
Assistant United States Attorney
Chief, Asset Forfeiture & Recovery Section

Attorneys for Plaintiff
UNITED STATES OF AMERICA