UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>   v.<br><br>IPPEI MIZUHARA,<br><br>   Defendant. | Case No. 8:24-cr-00054-JWH<br><br>**[Proposed]**<br><br>**AMENDED PRELIMINARY ORDER OF FORFEITURE** |

Upon consideration of the application of Plaintiff, United States of America, for an order amending the preliminary order of forfeiture, and, good cause appearing thereon, IT IS HEREBY ORDERED:

On September 19, 2024, a Preliminary Order of Forfeiture was entered forfeiting defendant Ippei Mizuhara's interest in the following property:

  i. Collectible sports cards found in silver and black Panopply case;
 ii. Collectible sports cards found in gray Panopply case;
iii. Box containing collectible sports cards;
 iv. Card wrap device; and
  v. Plastic card protectors/holders (collectively, the "Forfeitable Property").

In the ancillary proceeding conducted pursuant to 21 U.S.C. § 853, Petitioner Shohei Ohtani has established by a preponderance of the evidence that he has a legal right, title, or interest in the Forfeitable Property, and such right, title, or interest renders the Preliminary Order of Forfeiture invalid as to Ohtani because Ohtani's right, title, or interest was vested in Ohtani rather than the defendant or was superior to any right, title, or interest of the defendant at the time of the commission of the acts which gave rise to the forfeiture of the Forfeitable Property.

The preliminary order of forfeiture entered on September 19, 2024, is therefore AMENDED to recognize Shohei Ohtani's superior interest in the Forfeitable Property and to allow the Government to return the Forfeitable Property to Shohei Ohtani.

The Court shall retain jurisdiction to enforce this Order.

DATE

HONORABLE JOHN W. HOLCOMB
UNITED STATES DISTRICT JUDGE

Presented by:

*/s/*

JONATHAN GALATZAN
Assistant United States Attorney
Chief, Asset Forfeiture &
Recovery Section