1
2
3
4
5
6
7
8                          UNITED STATES DISTRICT COURT
9                     FOR THE CENTRAL DISTRICT OF CALIFORNIA
10

11  | UNITED STATES OF AMERICA,     | Case No. 8:24-cr-00054-JWH
12  |         Plaintiff,            |
13  |              v.               | **AMENDED PRELIMINARY ORDER OF FORFEITURE**
14  | IPPEI MIZUHARA,               |
15  |         Defendant.            |

Upon consideration of the application of Plaintiff, United States of America, for an order amending the preliminary order of forfeiture, and, good cause appearing thereon, it is hereby **ORDERED** as follows:

1. On September 19, 2024, a Preliminary Order of Forfeiture was entered forfeiting defendant Ippei Mizuhara's interest in the following property:

   a. Collectible sports cards found in silver and black Panopply case;

   b. Collectible sports cards found in gray Panopply case;

   c. Box containing collectible sports cards;

   d. Card wrap device; and

   e. Plastic card protectors/holders (collectively, the "Forfeitable Property").

2. In the ancillary proceeding conducted pursuant to 21 U.S.C. § 853, Petitioner Shohei Ohtani has established by a preponderance of the evidence that he has a legal right, title, or interest in the Forfeitable Property, and such right, title, or interest renders the Preliminary Order of Forfeiture invalid as to Ohtani because Ohtani's right, title, or interest was vested in Ohtani rather than the defendant or was superior to any right, title, or interest of the defendant at the time of the commission of the acts which gave rise to the forfeiture of the Forfeitable Property.

3. The preliminary order of forfeiture entered on September 19, 2024, is therefore **AMENDED** to recognize Shohei Ohtani's superior interest in the Forfeitable Property and to allow the Government to return the Forfeitable Property to Shohei Ohtani.

    4.    The Court shall retain jurisdiction to enforce this Order.

**IT IS SO ORDERED.**

    February 25, 2025
DATE

HONORABLE JOHN W. HOLCOMB
UNITED STATES DISTRICT JUDGE