JOSEPH T. MCNALLY
Acting United States Attorney
LINDSEY GREER DOTSON
Assistant United States Attorney
Chief, Criminal Division
JEFF MITCHELL (Cal. Bar No. 236225)
Assistant United States Attorney
Major Frauds Section
     1100 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-0698
     Facsimile: (213) 894-3713
     E-mail:    jeff.mitchell@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CR 24-00054-JWH |
|---|---|
| Plaintiff, | [PROPOSED] ORDER UNSEALING DOCUMENT |
| v. | |
| IPPEI MIZUHARA, | |
| Defendant. | |

For good cause shown, IT IS HEREBY ORDERED THAT:

The Government's Motion to Unseal Document is GRANTED.  Docket Number 105 shall be unsealed and publicly available.

IT IS SO ORDERED.

_____    _____
DATE                            HONORABLE JOHN W. HOLCOMB
                                UNITED STATES DISTRICT JUDGE

Presented by:

    */s/ Jeff Mitchell*
JEFF MITCHELL
Assistant United States Attorney

OR IN CASE OF DENIAL:

    The Government's Motion to Unseal Document is DENIED.

_____      _____
DATE      HONORABLE JOHN W. HOLCOMB
    UNITED STATES DISTRICT JUDGE