1

2

3

4

5

6

7

8                       UNITED STATES DISTRICT COURT

9                 FOR THE CENTRAL DISTRICT OF CALIFORNIA

10

11   UNITED STATES OF AMERICA,          Case No. 8:24-cr-00054-JWH

12           Plaintiff,
                                         **ORDER UNSEALING DOCUMENT**
13               v.

14   IPPEI MIZUHARA,

15           Defendant.

16

17

18

19

20

21

22

23

24

25

26

27

28

1    For good cause shown, it is hereby **ORDERED** as follows:

2    1.   The Government's Motion to Unseal Document is **GRANTED.**

3    2.   Docket Number 105 shall be unsealed and publicly available.

4    **IT IS SO ORDERED.**

5

6    ___March 31, 2025___                    _____

7    DATE                                     HONORABLE JOHN W. HOLCOMB
                                              UNITED STATES DISTRICT JUDGE

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28