Name & Address:
Michael G. Freedman, SBN 281279
The Freedman Firm PC
1801 Century Park East, Suite 450
Los Angeles, CA 90067
michael@thefreedmanfirm.com

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | CASE NUMBER: |
|---|---|
| PLAINTIFF(S) | 24-CR-54 |
| v. | |
| IPPEI MIZUHARA | **NOTICE OF MANUAL FILING OR LODGING** |
| DEFENDANT(S). | |

PLEASE TAKE NOTICE:

Pursuant to Local Rule 5-4.2, the following document(s) or item(s) are exempt from electronic filing, and will therefore be manually  [✓] Filed   [ ] Lodged:  **(List Documents)**

Ex Parte Application, [Proposed] Order, Exhibit

**Reason:**
[✓] Under Seal
[ ] In Camera
[ ] Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)
[ ] Per Court order dated: _____
[ ] Other:

4/26/25
Date

Michael G. Freedman
Attorney Name

Ippei Mizuhara
Party Represented

*Note:  File one Notice of Manual Filing or Lodging in each case, each time you manually submit a document(s).*

G-92 (05/15)              **NOTICE OF MANUAL FILING OR LODGING**