UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
**CRIMINAL MINUTES – GENERAL**

Case No.  8:24-cr-00054-JWH-1                                              Date: May 8, 2025

Present: The Honorable:  JOHN W. HOLCOMB, UNITED STATES DISTRICT JUDGE

Interpreter  N/A

| Priscilla Deason for Clarissa Lara | Miriam Baird | Jeff P. Mitchell |
|---|---|---|
| *Deputy Clerk* | *Court Reporter* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s) | Present | Cust | Citation | Attorneys for Defendants: | Present | App | Ret |
|---|---|---|---|---|---|---|---|
| Ippei Mizuhara (BOND) | X | | | Michael Gregory Freedman, Retained | X | | X |

**Proceedings:** **HEARING RE: DEFENDANT'S *EX PARTE* APPLICATION TO EXTEND SURRENDER DATE [114]**

Counsel state their appearances. The Court confers with counsel and hears oral argument. For the reasons stated on the record, the Court hereby **ORDERS** as follows:

1. Defendant's *Ex Parte* Application to Extend Surrender Date [114] is **GRANTED**.

2. The deadline for Defendant to surrender is **EXTENDED** to 12:00 noon on June 16, 2025, in accordance with this Court's previous orders.

**IT IS SO ORDERED.**

cc: USPO, USMS, BOP

00: 25
Initials of Deputy Clerk  pd