AO 436
(Rev. 04/13)

**ADMINISTRATIVE OFFICE OF THE UNITED STATES COURTS**
# AUDIO RECORDING ORDER

*Read Instructions.*

| 1. NAME Tisha Thompson | | 2. PHONE NUMBER (202) 597-2883 | 3. EMAIL ADDRESS tisha.thompson@espn.com | |
|---|---|---|---|---|
| 4. MAILING ADDRESS 1717 Desales Street, NW | | 5. CITY Washington | 6. STATE DC | 7. ZIP CODE 20036 |
| 8. CASE NUMBER 8:24CR54-JWH | 9. CASE NAME USA v. Ippei Mizuhara | DATES OF PROCEEDINGS | | |
| | | 10. FROM 4/12/2024 | 11. TO 5/14/2024 | |
| 12. PRESIDING JUDGE Audero & Rosenbluth | | LOCATION OF PROCEEDINGS | | |
| | | 13. CITY Los Angeles | 14. STATE California | |

### 15. ORDER FOR

☐ APPEAL  ☒ CRIMINAL  ☐ CRIMINAL JUSTICE ACT  ☐ BANKRUPTCY
☐ NON-APPEAL  ☐ CIVIL  ☐ IN FORMA PAUPERIS  ☐ OTHER *(Specify)*

### 16. AUDIO RECORDING REQUESTED *(Specify portion(s) and date(s) of proceeding(s) for which duplicate recordings are requested.)*

| PORTION (S) | DATE(S) | PORTION(S) | DATE(S) |
|---|---|---|---|
| ☐ VOIR DIRE | | ☐ TESTIMONY *(Specify Witness)* | |
| ☐ OPENING STATEMENT (Plaintiff) | | | |
| ☐ OPENING STATEMENT (Defendant) | | | |
| ☐ CLOSING ARGUMENT (Plaintiff) | | ☐ PRE-TRIAL PROCEEDING *(Specify)* | |
| ☐ CLOSING ARGUMENT (Defendant) | | | |
| ☐ OPINION OF COURT | | | |
| ☐ JURY INSTRUCTIONS | | ☒ OTHER *(Specify)* | |
| ☐ SENTENCING | | Initial Appearance (Audero) | 4/12/2024 |
| ☐ BAIL HEARING | | Arraignment (Rosenbluth) | 5/14/2024 |

### 17. ORDER

| | NO. OF COPIES REQUESTED | COSTS |
|---|---|---|
| ☐ DUPLICATE TAPE(S) FOR PLAYBACK ON A STANDARD CASSETTE RECORDER | | |
| ☒ RECORDABLE COMPACT DISC - CD | 1 | 68.00 |
| ☐ ELECTRONIC FILE *(via email, digital download, or other Judicial Conference Approved Media)* | | |
| | ESTIMATE TOTAL | 68.00 |

CERTIFICATION (18. & 19.) By signing below, I certify that I will pay all charges (deposit plus additional) upon completion of the order.

| 18. SIGNATURE | 19. DATE 10/21/2025 |
|---|---|

| PROCESSED BY | | | PHONE NUMBER | |
|---|---|---|---|---|
| | DATE | BY | | |
| ORDER RECEIVED | | | DEPOSIT PAID | |
| DEPOSIT PAID | | | TOTAL CHARGES | 68.00 |
| TAPE / CD DUPLICATED *(if applicable)* | | | LESS DEPOSIT | 68.00 |
| ORDERING PARTY NOTIFIED TO PICK UP TAPE/CD *(if applicable)* | | | TOTAL REFUNDED | |
| PARTY RECEIVED AUDIO RECORDING | | | TOTAL DUE | 68.00 |

**DISTRIBUTION:**   COURT COPY   ORDER RECEIPT   ORDER COPY